UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TRUSTEES OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS
LOCAL 825 BENEFIT FUNDS,

    Petitioner,

v.

HAULING SOLUTIONS, LLC,

    Respondent.

Civil Action No. 22-01624 (MAS) (DEA)

**MEMORANDUM ORDER**

This matter comes before the Court on Petitioner Trustees of the International Union of Operating Engineers Local 825 Benefit Funds ("Petitioner" or "Funds") Petition to Confirm Arbitration Award ("Petition") (ECF No. 1) and Motion to Confirm Arbitration Award ("Motion") (ECF No. 2). Hauling Solutions, LLC ("Respondent") has not appeared in this action.

Here, Petitioner seeks confirmation of a Consent Arbitration Award. According to the Petition, Respondent failed to pay contributions, liquidated damages, interest, attorneys' fees, and arbitrator's fees to the Funds in the amount of $431,296.64. (Pet. ¶ 9, ECF No. 1.) In or about June 2021, Respondent entered into a settlement agreement to resolve an outstanding delinquency, in which Respondent agreed to pay $316,032.37 in nine installments. (*Id.* ¶ 10.) Respondent also agreed that if it defaulted on the settlement agreement, the Funds "would be entitled to immediate payment of the Total Delinquency, less any amounts already paid, plus current contributions, interest, liquidated damages, and fees." (*Id.* ¶ 11.) Respondent subsequently made $189,229.58 in payments (Mar. 10, 2022 Arb. Award, ECF No. 1-4) but ultimately breached the Settlement Agreement (Pet. ¶ 13). Petitioner now moves to confirm the Consent Arbitration Award in the

amount of $431,296.64, which represents the original delinquency, less payments made, plus delinquent current contributions, interest, liquidated damages, and fees. (Mar. 10, 2022 Arb. Award.) According to the Consent Arbitration Award, the delinquent current contributions, interest, liquidated damages, and fees totals $304,493.85. (*Id.*) It is not clear from the form of Consent Arbitration Award, the Petition, or the motion papers, however, how the $304,493.85 figure was calculated.[1] In addition, Petitioner did not file a legal brief in support of its Motion. Here, the Court finds good cause to require Petitioner to submit a supplemental certification and supporting documentation regarding the $304,493.85.

**IT IS**, on this 19th day of October 2022, **ORDERED** as follows:

1. The Court denies Petitioner's Motion (ECF No. 2) without prejudice.

2. Petitioner must file a supplemental certification as to the calculation of the $304,493.85 by **November 18, 2022**.

3. Following review of the supplemental certification, the Court will enter an appropriate order.

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**

---

[1] In effect, Petitioner added $304,493.85 onto the remaining Settlement Agreement balance of $126,802.79.